No. PD-0699-15

Willie Frank Jackson

V

State of Texas

x
x
x
x
x
x
x

In The Texas Supreme Courts Of Appeals, Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

## Motion Requesting Permission To File Petition of Discretionary Review

To The Honorable Justice of Said Court of Criminal Appeals:

New Comes Willie Frank Jackson, pro se, and file this "Motion Requesting Permission To File Petition For Discretionary Review," and will Respectfully show as follows:

FILED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

### I.

The judgment of the Trial Court in the Referenced proceed-ing Appeals Case No. 06-14-00097-CR and Trial Court Case No. 29215 on appeal from Hunt County was Affirmed. in a Written Opinion in the Court of Appeals Sixth Appellate District of Texas at Texar-kana. I hereby Request, this Honorable Justice Court of Crim. Appeals to grant permission to file PDR.

### II.

Being that I Willie Frank Jackson, pro se, Records has adequately indicated my inability to pay costs of appeals pro-ceedance. I herein Request this Honorable Justice Court assist with an order to the Trial Courts to provide me with Trial transcript and/or trial Records available or entitled, on Loan; to perfect an Effective PDR in this Honorable Court Crim. Apps.

1.

(Cont'd from Pg. One):

## III.

Due to my limitive Knowledge of the law and the complexity of my claims; I'm Requesting the Honorable Justice Court of Crim. Apps. grant me additional time to file my PDR. into your Honorable Courts.

Respectfully Submitted,

Jackson, Willie Frank #1831429

cc/files: WFJ
6/8/15

NO. 29,295

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 354TH JUDICIAL DISTRICT |
| | § | |
| WILLIE FRANK JACKSON | § | HUNT COUNTY, TEXAS |

FILED
CLERK DISTRICT COURT, HUNT CO. TX
MAY 14 2014

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Willie Frank Jackson, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Willie Frank Jackson.

Respectfully submitted,

RENSHAW, DAVIS & FERGUSON LLP.

BY: _____

Katherine A. Ferguson (SBN 06918050)

2900 Lee Street
P.O. Box 21
Greenville, Texas 75403-0021
Tel: (903) 454-6050
Fax: (903) 454-4898
E-Mail: rdflawoffice@yahoo.com
Attorney for Willie Frank Jackson

## CERTIFICATE OF SERVICE

This is to certify that on May 14, 2014, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County Courthouse 4th Floor, by hand delivery.

_____
Katherine A. Ferguson